IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

ANDY GROSS,

                    Plaintiff,

vs.

M/V FISH HAWK, her engines, bowsprit,
anchor, cables, chains, rigging, tackle, apparel,
sails, furniture and all accessories hereunto
appertaining and belonging to her, *in rem*, and
DAVID WARFORD, *in personam*,

                    Defendants.

_____

Civil Action No.: 2:18-cv-2999-RMG

**PLAINTIFF'S ANSWERS TO
LOCAL RULE 26.01
INTERROGATORIES**

        **NOW COMES**, PLAINTIFF and answers the Local Rule 26.01 Interrogatories as follows:

INTERROGATORY A:

        State the full name, address and telephone number of all persons or legal entities who may

have a subrogation interest in each claim and state the basis and extent of said interest.

        Answer A:     None.

INTERROGATORY B:

        As to each claim, state whether it should be tried jury or non jury and why.

        Answer B:     Due to this being an admiralty case and Plaintiff invoking Rule 9(h) of the

Federal Rules of Civil Procedure, all claims should be tried to a Judge.

INTERROGATORY C:

        State whether the party submitting these responses is publicly owned company and separately

identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate;

(2) each publicly owned company which owns ten percent or more of the outstanding shares or other

indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

Answer C:     Plaintiff is not a publicly owned company.

<u>INTERROGATORY D:</u>

State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division.

Answer D:     The vessel is located in this division.

<u>INTERROGATORY E:</u>

Is this action related in whole or in part to any matter filed in this District, whether civil or criminal?

Answer E:     No.

BLUESTEIN LAW FIRM, P.A.

By: <u>s/ S. Scott Bluestein</u>
S. Scott Bluestein - Federal No. 6981
P.O. Box 22253
Charleston, SC 29413
1040 eWall Street
Mount Pleasant, SC 29464
843-577-3092 (telephone)
843-577-3093 (facsimile)
E-mail: scott@boatinglaw.us

ATTORNEY FOR PLAINTIFF

Mount Pleasant, South Carolina
November 6, 2018